IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN PATRICIA KINKEAD,<br>        Plaintiff, | CIVIL ACTION |
| v. | NO. 11-5611 |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL SECURITY<br>ADMINISTRATION,<br>        Defendant. | |

FILED
DEC 29 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

## ORDER

AND NOW, this 29th day of December, 2011, upon consideration of Defendant's unopposed Motion to Remand (Dkt. No. 12), and following review of the Report and Recommendation by Magistrate Judge Henry S. Perkin, **IT IS ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**;

2. this action is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) and in accordance with the Report and Recommendation;

3. **JUDGMENT IS ENTERED REVERSING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** for purposes of this remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED**;

4. in all other respects, Plaintiff's request for review is **DENIED**; and

5. the Clerk of Court shall **CLOSE** this matter statistically.

BY THE COURT:

_____
GENE E.K. PRATTER, J.